187 So.2d 447

**Josh MILES et ux.**

**v.**

**The FIDELITY AND CASUALTY COMPANY OF NEW YORK.**

No. 48268.

June 22, 1966.

In re: Josh Miles and Josie Evans Miles applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 185 So.2d 613.

Application not considered. It was not timely filed. See Art. 7, Sect. 11, Louisiana Constitution.

187 So.2d 448

**LOUISIANA FIRE INSURANCE COMPANY**

**v.**

**ALLSTATE INSURANCE COMPANY et al. and J. B. Lee Tractor and Implement Company.**

No. 48270.

June 22, 1966.

In re: Hardware Mutual Casualty Company and J. B. Lee Tractor and Implement Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 186 So.2d 663.

Writ refused. Under the facts found by the Court of Appeal there appears no error of law.